

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 21, 2019

**By ECF and Hand Delivery**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

11/22/2019

The request is granted. Time will be excluded to 1/7/2020

Re: *United States v. Ragonese*, 19 Cr. 154 (PAC)

Dear Judge Crotty:

So Ordered
Paul Crotty

The Government respectfully submits this letter on behalf of all parties to request the status conference scheduled for November 26, 2019, be adjourned until January 7, 2020, at 11:30 a.m. An adjournment would allow the defendant to finalize a mitigation request for consideration by the United States Attorney's Office, the Office to consider that mitigation request, and for the parties to continue working toward a pre-trial resolution.

The Government requests, with consent of the defendant, that time be excluded between November 26, 2019, and January 7, 2020, under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the Government and defense counsel to continue discussions regarding a possible disposition in the matter.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc: Ariel Werner, Esq. (by ECF)
Annalisa Miron, Esq. (by ECF)