# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

By ECF/Email

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> 4-3-2020
> A conference is set for May 5, 2020 at 3:00 pm. Time is excluded through May 5, 2020. SO ORDERED.
>
> /s/ Paul A. Crotty

Re: <u>United States v. Ryan Ragonese</u>
19 Cr. 154 (PAC)

Hon. Judge Crotty:

With the consent of the Government, I write to respectfully request a two-month adjournment of Mr. Ragonese's April 6, 2020 status conference in light of the COVID-19 pandemic and its impact on our ability to work towards a possible resolution of this matter.

We request that the time between April 6, 2020 and the next court date be excluded under the Speedy Trial Act. Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender

CC: AUSA Dan Wolf