

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2020

> 5-4-2020
> The conference is adjourned to June 18, 2020 at 3pm. Time is excluded through June 18, 2020. SO ORDERED.
>
> *Paul A. Crotty*

**By ECF and Email**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ragonese*, 19 Cr. 154 (PAC)

Dear Judge Crotty:

The Government respectfully submits this letter on behalf of all parties to request the conference scheduled for May 5, 2020, be adjourned for approximately 45 days so that the parties may continue to negotiate a potential pretrial resolution.

The Government requests that time be excluded between May 5, 2020, and the date of the next conference, under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).  Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the Government and defense counsel to continue discussions regarding a possible pretrial disposition in the matter.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc:   Ariel Werner, Esq. (by ECF)
      Annalisa Miron, Esq. (by ECF)